AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 2 2 2025

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

United States of America
v.
JAYMANI AAREON GORMAN

_____
Defendant

Case No. 4:25-mj-00105 PSH

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 3 0 2025

TAMMY H. DOWNS, CLERK
By: R. Moore
DEP CLERK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JAYMANI AAREON GORMAN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

On or about May 18, 2025, in the Eastern Distirct of Arkansas, felon in possession of a firearm, possession with intent to distribute marijuana, possession of a firearm in furtherance of a drug trafficking crime.

Date: 5/22/25

_____
*Issuing officer's signature*

City and state: Little Rock, Arkansas

Patricia S. Harris
*Printed name and title*

### Return

| This warrant was received on *(date)* 05/29/25, and the person was arrested on *(date)* 05/29/25 at *(city and state)* Little Rock, AR . |

Date: 05/29/25

_____
*Arresting officer's signature*

Mark Herrin /DUSM
*Printed name and title*